UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON ATLEE PARSONS,<br><br>Plaintiff,<br><br>v.<br><br>ALAMEDA COUNTY SHERIFF DEPARTMENT, et al.,<br><br>Defendants. | Case No. 14-cv-04674-HSG (PR)<br><br>**ORDER DENYING PLAINTIFF'S MOTIONS FOR APPOINTMENT OF COUNSEL; DENYING PLAINTIFF'S MOTIONS TO COMPEL ANSWER**<br><br>Re: Dkt. Nos. 15, 16, 20, 21 |

Plaintiff has requested that counsel be appointed to assist him in this action. A district court has the discretion under 28 U.S.C. § 1915(e)(1) to designate counsel to represent an indigent civil litigant in exceptional circumstances. *See Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986). This requires an evaluation of both the likelihood of success on the merits and the ability of the plaintiff to articulate his claims pro se in light of the complexity of the legal issues involved. *See id.* Neither of these factors is dispositive and both must be viewed together before deciding on a request for counsel under § 1915 (e)(1). Here, exceptional circumstances requiring the appointment of counsel are not evident. The request for appointment of counsel is therefore DENIED. The Court will consider appointment of counsel on its own motion, and seek volunteer counsel to agree to represent plaintiff pro bono, if it determines at a later time in the proceedings that appointment of counsel is warranted.

Plaintiff's motions to compel defendants to file an answer to his complaint are DENIED. Defendant Browne has not yet been served. The remaining defendants have filed a motion to

1  dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) (*see* Docket No. 22), which
2  constitutes a sufficient response to the complaint at this time.
3      This order terminates Docket No. 15, 16, 20, and 21.
4      **IT IS SO ORDERED.**
5  Dated: 8/7/2015

                                                HAYWOOD S. GILLIAM, JR.
                                                United States District Judge