UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AARON ATLEE PARSONS,

    Plaintiff,

    v.

ALAMEDA COUNTY SHERIFF DEPARTMENT, et al.,

    Defendants.

Case No. 14-cv-04674-HSG (PR)

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

Re: Dkt. No. 26

Good cause appearing, plaintiff's motion for an extension of time to file an opposition to defendants' motion to dismiss is GRANTED. Plaintiff shall file his opposition no later than **September 24, 2015**. Defendants shall file their reply no later than **fourteen (14)** days after the date of service of the opposition.

This order terminates Docket No. 26.

**IT IS SO ORDERED.**

Dated: 8/17/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge