UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON ATLEE PARSONS,<br><br>    Plaintiff,<br><br>  v.<br><br>ALAMEDA COUNTY SHERIFF DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 14-cv-04674-HSG (PR)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 26 |

Good cause appearing, plaintiff's motion for an extension of time to file an opposition to defendants' motion to dismiss is GRANTED. Plaintiff shall file his opposition no later than **September 24, 2015**. Defendants shall file their reply no later than **fourteen (14)** days after the date of service of the opposition.

This order terminates Docket No. 26.

**IT IS SO ORDERED.**

Dated: 9/2/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge