UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AARON ATLEE PARSONS,

    Plaintiff,

v.

ALAMEDA COUNTY SHERIFF DEPARTMENT, et al.,

    Defendants.

Case No. 14-cv-04674-HSG (PR)

**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION**

Re: Dkt. No. 29

    Good cause appearing, defendants' request for an extension of time to file an opposition to plaintiff's motion for summary judgment is hereby GRANTED. The Court will set a schedule for opposition and reply briefs at the time it rules on defendants' pending motion to dismiss, in the event said ruling does not dispose of all of plaintiff's claims.

    This order terminates Docket No. 29.

    **IT IS SO ORDERED.**

Dated: 9/2/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge