UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AARON ATLEE PARSONS,

    Plaintiff,

  v.

ALAMEDA COUNTY SHERIFF DEPARTMENT, et al.,

    Defendants.

Case No. 14-cv-04674-HSG (PR)

**ORDER DENYING MOTION TO EXTEND TIME**

Re: Dkt. No. 36

    Plaintiff, a California prisoner proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983. On June 22, 2015, the Court screened plaintiff's first amended complaint and found that it stated a cognizable Eighth Amendment claim of deliberate indifference to safety.

    Defendants finally filed a motion to dismiss on July 27, 2015. Plaintiff filed an opposition on September 3, 2015, and defendants filed a reply on September 17, 2015.

    Plaintiff's motion (dkt. no. 36) for an extension of time to file a surreply is DENIED. The motion to dismiss is submitted, and plaintiff has not shown cause as to why a surreply is required.

    An order on the merits of the motion to dismiss will issue by separate order.

    This order terminates Docket No. 36.

    **IT IS SO ORDERED.**

Dated: 10/13/2015

                                       HAYWOOD S. GILLIAM, JR.
                                       United States District Judge