UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON ATLEE PARSONS,<br>　　　　Plaintiff,<br>　v.<br>ALAMEDA COUNTY SHERIFF DEPARTMENT, et al.,<br>　　　　Defendants. | Case No. 14-cv-04674-HSG<br><br>**ORDER GRANTING EXTENSION OF TIME TO LOCATE UNSERVED DEFENDANT**<br><br>Re: Dkt. No. 38 |

　　　　Plaintiff, a California prisoner proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983. On June 22, 2015, the Court screened Plaintiff's first amended complaint and ordered service on eight defendants, including Plaintiff's former public defender, Judith A. Browne, for whom Plaintiff provided a home address for service. However, the Marshal was unable to serve defendant Browne because she moved from that address in late 2014 and the property manager did not know her current location. Docket No. 24. Accordingly, on September 1, 2015, the Court ordered Plaintiff to, by November 1, 2015, effect service on defendant Browne, or to submit to the Court sufficient information to identify and locate defendant Browne such that the Marshal is able to effect service. Plaintiff was cautioned that the failure to do so would result in dismissal of defendant Browne without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

　　　　Now before the Court is Plaintiff's request for a 30-day extension of time to locate defendant Browne. Good cause appearing, Plaintiff's request for an extension of time to locate unserved defendant, Judith Browne is **GRANTED**. By **February 20, 2016**, Plaintiff must either effect service on defendant Browne or submit to the Court sufficient information to identify and locate defendant Browne such that the Marshal is able to effect service. **Failure to do so will**

1  **result in dismissal of defendant Browne without prejudice pursuant to Rule 4(m) of the**
2  **Federal Rules of Civil Procedure.**
3  **IT IS SO ORDERED.**
4  Dated: 1/12/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge