UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON ATLEE PARSONS,<br><br>    Plaintiff,<br><br>    v.<br><br>ALAMEDA COUNTY SHERIFF DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 14-cv-04674-HSG<br><br>**ORDER DENYING AS MOOT MOTION FOR TRANSCRIPTS**<br><br>Dkt No. 52 |

Plaintiff filed this *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. On March 31, 2016, the Court entered final judgment in favor of Defendants. Docket No. 42. On July 25, 2016, Plaintiff filed a notice of appeal with the Ninth Circuit Court of Appeals. Docket No. 48.

Now pending before the Court is Plaintiff's motion titled "Motion for Transcripts." Docket No. 52. Although Plaintiff titled his motion as a request for transcripts, in the motion Plaintiff requests that the Court provide him with a copy of all pleadings and orders filed in the instant action so that he may perfect his appeal to the Ninth Circuit. The Court notes that were no court proceedings in the instant action and that there is therefore nothing to transcribe.

The Court DENIES this motion AS MOOT. Pursuant to Rule 10(a) of the Federal Rules of Appellate Procedure and Rule 10-2 of the Ninth Circuit Rules, the record on appeal consists of the original papers and exhibits filed in the district court and a certified copy of the docket entries prepared by the district clerk.[1]  Fed. R. App. P. 10(a) and 9th Cir. R. 10-2. The district clerk will forward the record to the circuit clerk pursuant to Rule 11(b)(2) of the Federal Rules of Appellate Procedure. Plaintiff need not file a copy of the record with the Ninth Circuit to perfect his appeal.

---

[1] The record on appeal also consists of the transcript of court proceedings if there are any. Fed. R. App. P. 10(a)(2) and 9th Cir. R 10-2.

This order terminates Docket No. 52.

**IT IS SO ORDERED.**

Dated: 10/24/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge